# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: June 13, 2018

**Docket Number: 17   01025-WCA**

**ALYCE MOUTON**
**VERSUS**
**WALGREEN COMPANY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 04-04416**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alyce Mouton** has this day been

    **DENIED.**

cc: James Felix Scott, III, Counsel for the Appellee